No. 00–9837. QUINTANILLA MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9844. CAVIELES-GODOY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9869. CARDENAS-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9876. DICKERSON v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 00–9888. GOMEZ-ELVIR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9891. HALE v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–9897. GLEE v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–9908. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9931. HALL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–9938. MARRERO v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–9962. MAGANA-FRIAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9964. STONE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9973. ORELLANA-RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9989. RODRIGUEZ-HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9995. CRENSHAW v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.